```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sambasiva Venigalla,

                Plaintiff,

-against-

Lenox Terrace Pharmacy Inc. et al.,

                Defendants.

1:22-cv-01569 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the Plaintiff, it is hereby Ordered that Plaintiff shall file his anticipated notice of voluntary dismissal no later than June 2, 2022. Failure to do so, or to seek other appropriate relief, will result in a recommendation to the District Judge that this case be dismissed, pursuant to Federal Rule of Civil Procedure 4(m), since more than 90 days have elapsed since Plaintiff filed the Complaint and no defendant has been served.

**SO ORDERED.**

DATED:     New York, New York
             May 26, 2022

                                           _/s/ Stewart D. Aaron_
                                           STEWART D. AARON
                                           United States Magistrate Judge