UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Sambasiva Venigalla         Plaintiff,

-against-

22 Civ. 1569 (LAK)

MOTION FOR ADMISSION

Lenox Terrace Pharmacy         PRO HAC VICE
et al.
                 Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Howard W. Foster hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Sambasiva Venigalla in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 14, 2022         Respectfully Submitted,

Applicant Signature:
Applicant's Name: Howard W. Foster
Firm Name: Foster PC
Address: 10 S. Riverside Plaza, Suite 875
City/State/Zip: Chicago, IL 60606
Telephone/Fax: (312) 726-1600
Email: HFoster@fosterpc.com