UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sambasiva Venigalla<br><br>                              Plaintiff<br>v.<br><br>Lenox Terrace Pharmacy et al.<br><br>                              Defendants. | Case No. 22-cv-1569-LAK<br><br>AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

I, Howard W. Foster, Esq. ("Applicant"), being duly sworn, hereby depose and say as follows:

 1. I am an attorney at the law firm of Foster, P.C, admitted to practice in the State of Illinois on November 9, 1989.

 2. I submit this affidavit in support of my Motion for Admission to Practice *Pro Hac Vice* in the above-captioned matter.

 3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the United States District Court for the Northern District of Illinois.

 4. Pursuant to the *Instructions for Admission* Pro Hac Vice *by Written Motion*, I have requested and paid for a Certificate of Good Standing from the Supreme Court of the State of Illinois, which remains forthcoming, and which I will submit via this Court's electronic filing system immediately upon receipt of same.

 5. There are no pending disciplinary proceedings against me in any state or federal court.

 6. I have never been convicted of a felony.

 7. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

 8. My Illinois Attorney Registration Number is: 6201218.

9. Wherefore, Applicant respectfully requests permission to appear as counsel to the plaintiff Sambasiva Venigalla *pro hac vice* in case number 22-cv-1569-LAK, currently pending before this Court.

Dated: June 12, 2022

Chicago, Illinois

Respectfully Submitted,

*/s/ Howard Foster*

Howard W. Foster
Foster P.C.
10 South Riverside Plaza, Suite 875
Chicago, Illinois 60606
Email:      HFoster@fosterpc.com
Telephone:  (312) 726-1600

State of Illinois
County of Cook

Signed and sworn to before me on June 12, 2022, by Howard W. Foster, Esq.

_____
Rachel A. Leibowitz, Notary Public

"OFFICIAL SEAL"
RACHEL A. LEIBOWITZ
Notary Public, State Of Illinois
My Commission Expires 08/28/2024
Commission No. 841713