# CERTIFICATE OF GOOD STANDING



United States of America

Northern District of Illinois

}ss. Howard William Foster

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Howard William Foster was duly admitted to practice in said Court on (12/20/1989) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (06/09/2022 )

Thomas G. Bruton, Clerk,

By:
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ E. CALASANZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 10, 2022