

10 South Riverside Plaza
Suite 875
Chicago, Illinois 60606
FosterPC.com

Howard W. Foster
HFoster@FosterPC.com
(312) 726-1600

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/18/2022
```

June 16, 2022

Hon. Stewart D. Aaron
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *Venigalla v. Lenox Terrace Pharmacy et al.,* case number 22-1569

Dear Magistrate Judge Aaron:

I have recently been retained by the Plaintiff, in the above-referenced matter, Mr. Sambasiva Venigalla. The Court issued an order granting my motion for leave to be admitted *pro hac vice*. Mr. Peter Brill will be moving to withdraw from the case as Mr. Venigalla's lawyer.

It is the Plaintiff's intention to file an amended complaint next week. Service of the summons and original complaint was not effected on the defendants within the required 90 days pursuant to Fed. R. Civ. P. 4(m).

I write to suggest that change in counsel and the filing of an amended complaint constitute "good cause" for not recommending dismissal of the case for failure to serve the defendants.

I request 45 days to serve the defendants with the Amended Complaint, to be filed imminently.

Respectfully submitted,

*/s/ Howard Foster*

Howard W. Foster

Request GRANTED. Any amended complaint shall be filed by Plaintiff no later than 6/24/2022. The deadline for Plaintiff to serve defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, is extended to 8/2/2022. Attorney Brill shall remain counsel of record until any motion to withdraw, pursuant to Local Civil Rule 1.4, is granted. SO ORDERED.
Dated: 6/18/2022