IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMBASIVA VENIGALLA,<br><br>               Plaintiff,<br><br>v.<br><br>SHELLEY KURZWEIL AND HERMAN KURZWEIL,<br><br>               Defendants. | Civil Action No. 1:22-cv-01569-LAK-SDA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Please take notice that the above-named Plaintiff dismisses this action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: October 26, 2022

                                                      */s/ Howard W. Foster*
                                                      Howard W. Foster (*pro hac vice*)
                                                      Foster P.C.
                                                      10 South Riverside Plaza, Suite 875
                                                      Chicago, Illinois 60606
                                                      Email: HFoster@fosterpc.com
                                                      Telephone: 312-726-1600